UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# A D R   REPORT
File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

---

**Case Number and Name:** CIV - 17-1165-PRW; Jennifer Vesper v. Independent School District No. 89 of Oklahoma City, et al.

**Name of Mediator or Evaluator:** Steven L. Barghols

**TYPE OF ADR:** (check one)   ✓ Mediation   ___ Early Neutral Evaluation

**ADR Session Held or to be Held (date):** 9/24/2019

**Additional Session Held, if any (date):** ___

**Results of Referral to ADR:**

___ Case settled **before** ADR     ___ Case did **not** settle
✓ Case settled **at** ADR session   ___ Case will not be heard - Reason: ___
___ Case settled in part - Explain  ___ Other ___

✓ Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.

Did neutral serve pro bono?   ___ yes or ✓ no (check one).

Status of litigation when ADR occurred (e.g. ___ TRO, ___ pre-discovery, ✓ partial discovery, ___ full discovery, ___ Trial preparation commenced, ___ other ___ (check one)

Length of ADR session: 5.7 hours

Dated: 9/24/2019

s/ Steven L. Barghols                           Or    s/ ___
Mediator/Evaluator  (Attorney Bar # 511 )              Mediator (Non-attorney - I certify that I have the signed original of
                                                       this document, which is available for inspection at any time
                                                       by the Court or a party to this action.)

(ATTENTION NEUTRAL: This form is to be **FILED ELECTRONICALLY** by the neutral **immediately** upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court.  Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK  73102.

Rev. 5/1/04